# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | | |
| RICHARD VINCENT CRAIG | * | CASE NO. 19-14334-JDW |
| EMILY BETH CRAIG | | |
| Debtors. | * | |

## OBJECTION TO CONFIRMATION

Now comes Creditor, CARVANA, LLC, by and through its attorneys, Kent McPhail & Associates, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor financed the purchase of a 2012 GMC CANYON EXTENDED CAB through Creditor.

2. Creditor objects to the plan to the extent that the plan lists creditor incorrectly.

WHEREFORE, Creditor prays for an Order denying confirmation, along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL
MS BAR NO. 2800

Of Counsel:
Kent McPhail & Associates, LLC
P.O. Box 870
Mobile, AL 36601
(251) 438-2333
kent@kmcphail.law

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served this 6th day of November 2019, to the parties listed below by the service method indicated:

U.S. MAIL FIRST CLASS POSTAGE PREPAID
RICHARD VINCENT CRAIG
EMILY BETH CRAIG
8005 SHADY LN
OLIVE BRANCH MS 38654

ECF FILING NOTIFICATION
JIMMY E. MCELROY
ATTORNEY FOR DEBTOR
mcelroylawms@hotmail.com

ECF FILING NOTIFICATION
LOCKE D. BARKLEY
TRUSTEE
sbeasley@barkley13.com

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
USTPRegion05.AB.ECF@usdoj.gov

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL